JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEHRMAN, | CV 25-8333 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| UNUM LIFE INS. CO. OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's November 25, 2025 Minute Order, which granted the Motion to Dismiss filed by defendant Unum Life Insurance Company of America ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The action filed by plaintiff Howard Lehrman ("Plaintiff") is dismissed with prejudice; and

2. Defendant shall recover from Plaintiff its costs of suit.

DATED: November 25, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE